UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MARY R., <br><br> Plaintiff, <br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security Administration, <br><br> Defendant. | No. 8:18-cv-882-RGK-FFM <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Amended Report and Recommendation of United States Magistrate Judge ("Amended Report"), and the objections to the Amended Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Amended Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

DATED: November 18, 2019

R. GARY KLAUSNER
United States District Judge