UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MARY R., <br><br> Plaintiff, <br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security Administration, <br><br> Defendant. | No. 8:18-cv-882-RGK-FFM <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: November 18, 2019

						 *R. GARY KLAUSNER*
						 R. GARY KLAUSNER
						 United States District Judge